UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VINCENT DOW,

      Petitioner,

 -against-

JAMES J. WALSH, Superintendent,
Sullivan Correctional Facility,

      Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 0424 (LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 - 2006 ★
TIME P.M. _____
TIME A.M. _____

  An Order of Honorable Lois Bloom, United States Magistrate Judge, having been filed on February 28, 2006, denying petitioner's application for a writ of habeas corpus; ordering that no Certificate of Appealability shall issue; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the judgment denying this petition would not be taken in faith; and dismissing the case; it is

  ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for a writ of habeas corpus is denied; that no Certificate of Appealability shall issue; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the judgment denying this petition would not be taken in good faith; and that the case is dismissed.

Dated: Brooklyn, New York
   February 28, 2006

                   ROBERT C. HEINEMANN
                   Clerk of Court